# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Leah Jolin, | : |
| Plaintiff, | : Civil Action No.: 1:15-cv-00500-SCJ- |
| v. | : ECS |
| National Credit Systems, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 24, 2015

        Respectfully submitted,

        By: /s/ Sergei Lemberg, Esq.
        Attorney Bar No.: 598666
        Attorney for Plaintiff
        LEMBERG LAW L.L.C.

            1100 Summer Street, Third Floor
            Stamford, CT 06905
            Telephone: (203) 653-2250 ext. 5500
            Facsimile:   (203) 653-3424
            Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                             By /s/ Sergei Lemberg
                                                  Sergei Lemberg